UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JAIME JIMENEZ,

                                        Plaintiff,

                    -against-

Police Officer STEPHEN LALCHAN, Shield No. 21926; and JOHN and JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                        Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 3561 (PKC) (VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
April 30, 2014

HARVIS, WRIGHT & FETT, LLP
*Attorneys for Plaintiff*

By: _____
Gabriel P. Harvis, Esq.
305 Broadway, 14th Floor
New York, New York 10007
212.323.6880
gharvis@hwandf.com

Dated: New York, New York
_____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for defendant Officer Lalchan*

By: _____
Erica M. Haber
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street, Room 3-159
New York, New York 10007
212.356.3545
ehaber@law.nyc.gov

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE